FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 2 2005

at __10__ o'clock and __9:05__ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGIS. NO. 05-0717 LEK |
| Plaintiff, ) | CRIMINAL COMPLAINT |
| VS. ) | |
| MARK CAIRES (01) ) WAYNERICHARD HO (02), ) | |
| Defendants. ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about August 18, 2005, in the County of Hawaii, in the District of Hawaii, defendants Mark CAIRES and WayneRichard HO did knowingly and intentionally attempt to distribute and possess with intent to distribute fifty grams or more of methamphetamine, its salts, isomers, and salts of its isomers, to wit, approximately 266 grams, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

I further state that I am a DEA Task Force Officer and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is incorporated herein by reference.

Sworn to before me and
Subscribed in my presence,
This 19th day of August
2005, at Honolulu, Hawaii.

JACK WRIGHT
COMPLAINANT

_____
LESILE E. KOBAYASHI
United States Magistrate Judge

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District Court, District of Hawaii
By _____
       Deputy

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, <u>JACK WRIGHT</u>, after being duly sworn, deposes and states as follows:

1. I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA) currently assigned to the Hawaii Airport Task Force (HATF) at the Honolulu International Airport, HI.

2. On August 16, 2005, Hawaii County Police Department (HCPD) Officer Julie Edmondson, who is also a federally cross-deputized TFO with the DEA, executed a State of Hawaii search warrant on a Federal Express parcel envelope. The parcel envelope was labeled Priority overnight, under tracking number 8532 1096 9180. The sender's name on the air bill was, ``Maria Sanchez, 5120 Beach Blvd L Habra, CA.'' The receiver's name on the air bill was, ``Kona Coffee Villas, 71-9199 Mama Lahoa Hwy #350, Holualoa, HI 96725.''

3. That search warrant and accompanying Search Warrant and Affidavit for Search Warrant, Affidavit of Officer and Probable Cause Statement, was signed by Judge Joseph P. Florendo, Hawaii County District Court, State of Hawaii on August 16, 2005 under #2005-206K. The execution of the search warrant resulted in the recovery of approximately 266.6 grams of a crystalline substance and approximately 244.2 grams of a white powdery substance. Presumptive field tests were performed and resulted in positive findings for both crystal methamphetamine (crystalline substance) and cocaine (white powdery substance).

4. Both controlled substances were contained within separate plastic bags, further wrapped with plastic sheets and contained within the FedEx parcel envelope.

5. A "beeper" warrant was obtained on August 17, 2005. Also On August 17, 2005, a female called FedEx and identified herself as Maria Sanchez. She advised that she was the shipper of the parcel and supplied the FedEx office with a corrected delivery address of 79-7199 Mamalahoa Highway #350 for the parcel envelope. The parcel was re-wrapped for the purpose of a controlled delivery. The controlled substances were removed and replaced with pseudo substances which resembled the real drugs.

6. A controlled delivery of the re-wrapped parcel ("subject parcel") was effected on August 18, 2005. An

   undercover agent, posing as a FedEx delivery person
   delivered the subject parcel to 79-7199 Mamalahoa Hwy
   #350 at approximately 3:23 p.m. A male, hereafter
   referred to as M-1, accepted the subject parcel and told
   the UC agent that he would hold the subject parcel for
   his neighbor who resided in #349.

7. On August 18, 2005 at approximately 7:19 p.m., agents
   conducting surveillance observed M-1 meeting with a male
   at Unit #349, hereafter referred to as M-2. An agent
   observed M-1 give the subject parcel to M-2.

8. On August 18, 2005 at approximately 7:38 p.m.,
   WayneRichard HO ("HO") and Mark CAIRES ("CAIRES") arrived
   at 79-7199 Mamalahoa Hwy #350 in a vehicle driven by HO.
   CAIRES walked towards unit #349 and met with M-2. CAIRES
   then returned to HO's vehicle with the subject parcel, a
   1999 white Toyota bearing Hawaii license plate #HZB-174.
   The vehicle left the area and was followed by surveilling
   agents. Based upon agents' monitoring devices, it was
   determined that at that time, the subject parcel was
   within the vehicle and remained unopened. CAIRES then
   opened the subject parcel and discovered the pseudo-
   drugs. He threw the subject parcel and its contents onto
   the side of the roadway.

9. On August 18, 2005 at approximately 8:15 p.m., agents
   approached HO and CAIRES at 75-5766 Kuakini Highway,
   Kailua-Kona. Both were subsequently arrested and provided
   post-arrest statements to law enforcement. HO stated that
   after they left 79-7199 Mamalahoa Hwy., #350, he observed
   CAIRES open the parcel and saw what appeared to be
   cocaine in one of the plastic bags. He did not see what
   was in the 2nd plastic bag. CAIRES appeared mad and swore
   while examining the plastic bags. CAIRES put back
   everything into the subject parcel and threw it out on
   the side of the roadway.

10. CAIRES stated that he had asked HO for a ride to 79-
    7199 Mamalahoa Hwy. CAIRES directed HO to that location
    where he picked up the subject parcel. CAIRES admitted
    that he knew that there were drugs inside the subject
    parcel. He opened it up and upon closer examination,
    discovered that the drugs were not real. He became
    worried and upset and eventually threw the parcel out of
    the car onto the street. They then drove to his
    residence where they were approached by law enforcement.

FURTHER AFFIANT SAYETH NAUGHT.

```
                              JACK WRIGHT
                              TASK FORCE OFFICER
                              HAWAII AIRPORT TASK FORCE
```

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at _____ on August 19th, 2005.

Subscribed and Sworn to Before Me,
this ~~19~~ 20th Day of August 2005.

LESLIE E. KOBAYASHI
United States Magistrate Judge