# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/22/2005 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    MAG NO. 05-0717LEK

CASE NAME:    USA vs. (01) MARK CAIRES
                        USA vs. (02) WAYNE RICHARD HO

ATTYS FOR PLA:    Beverly Wee Sameshima

ATTYS FOR DEFT:    (01) Donna Gray
                          (02) Clayton K. Kimoto

INTERPRETER:

---

JUDGE: Leslie E. Kobayashi       REPORTER: FTR-Courtroom 7

DATE: 8/22/2005                 TIME: 3:26-3:30

---

COURT ACTION: EP: Initial Appearance - Defendants (01) Mark Caires and (02) Wayne Richard Ho present in custody.

Defendants sworn to Financial Affidavits. Request for Court Appointed Attorneys - Granted.

Donna Gray, AFPD, and the Office of the Federal Public Defender Apptd Atty for Defendant (01) Mark Caires.

Atty Clayton K.Kimoto Apptd Atty for Defendant (02) Wayne Richard Ho.

Motion to Detain filed as to Defendant (01) Mark Caires.

Detention Hearing set for 1:30 8/25/05, LEK.
Preliminary Hearing set for 10:30 9/6/05, KSC.

Order for Dismissal as to Defendant (02) Wayne Richard Ho signed by the Court.

**Defendant (02) Wayne Richard Ho's Oral Request for the US Marshals' Office to provide one way air transportation to Kona, Hawaii is Granted.**

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____
                 Deputy



Defendants (01) Mark Caires and (02) Wayne Richard Ho are remanded to the custody of the US Marshal.


Submitted by: Warren N. Nakamura, Courtroom Manager