EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 31 2005

at 12 o'clock and 17 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00358 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. §§ 846 and 841] |
| MARK CAIRES, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

From a time unknown, up through and including on or about August 18, 2005, in the District of Hawaii and elsewhere, Defendant MARK CAIRES ("CAIRES") knowingly and intentionally conspired with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 50 grams or more

of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, to wit, approximately 266.6 grams (gross weight) and to distribute and possess with intent to distribute a quantity of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule I controlled substance, to wit, approximately 244.2 grams (gross weight) in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A) and 841(b)(1)(C).

OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about August 18, 2005, CAIRES obtained a FedEx parcel which he believed contained drugs from another individual.

2. On or about August 18, 2005, CAIRES transported the FedEx parcel.

3. On or about August 18, 2005, CAIRES opened the FedEx parcel and handled its contents.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A) and 841(b)(1)(C).

COUNT 2

The Grand Jury further charges:

On or about August 18, 2005, in the District of Hawaii, Defendant MARK CAIRES knowingly and intentionally attempted to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, to wit, approximately 266.6 grams (gross weight), and a quantity of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule I controlled substance, to wit, approximately 244.2 grams (gross weight).

All in violation of Title 21, United States Code, Section 846.

DATED: \_\_\_\_\_AUG 3 1\_\_\_\_\_, 2005 at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Drug/Organized
Crime Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Mark Caires
Cr. No. _____; "Indictment"