# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 05-00358SOM

CASE NAME:         USA vs. Mark Caires

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Susan Oki Mollway          REPORTER:

DATE:     4/5/2006                   TIME:

COURT ACTION:  EO:

Jury Selection/Trial set for 4/11/06 @ 9:00 a.m. SOM is continued to 4/25/06 @ 9:00 a.m. SOM.

Notified: Beverly Sameshima AUSA and Mr. Green through Ms. Sameshima.

Ms. Sameshima to prepare the stipulation to continue and to exclude time.

Submitted by: Toni Fujinaga, Courtroom Manager.