EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00358 SOM |
| | ) |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE OF |
| | ) TRIAL DATE AND EXCLUDING TIME |
| vs. | ) UNDER THE SPEEDY TRIAL ACT; |
| | ) ORDER |
| MARK CAIRES, | ) |
| | ) Old Trial Date:  4/11/06 |
| | ) New Trial Date:  4/25/06 |
| Defendant. | ) |

STIPULATION FOR CONTINUANCE OF TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

The United States of America and the Defendant Mark Caires, by and through their respective attorneys, hereby agree and stipulate and ask the Court to continue the trial in this case from April 11, 2006 to April 25, 2006.

This request is made by the Defendant and unopposed by the government on the grounds that counsel has other trial commitments and a continuance is needed for defendant and his counsel to adequately prepare for trial given the discovery in this case. The Court finds that the earliest possible date for a trial to ensure continuity of counsel is April 25, 2006. The parties agree and the Court finds that the ends of justice are best served by granting a continuance in this matter and that the ends of justice served by the continuance outweigh the interests of the defendant and the public in a speedy trial.

Accordingly, it is hereby agreed and stipulated and the Court finds that trial is continued from April 11, 2006 to April 25, 2006 at 9:00 a.m. before District Judge Susan Oki Mollway. The parties further agree and the Court finds that the period of time from April 11, 2006, to and including April 25,

//
//
//
//
//
//
//
//
//
//
//

//

2006, constitute a period of excludable delay pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B)(iv).

  DATED:  April 11, 2006 at Honolulu, Hawaii.

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii


         By  /s/ Beverly Wee Sameshima
          BEVERLY WEE SAMESHIMA
          Assistant U.S. Attorney


           /s/ Michael Green
          MICHAEL GREEN, ESQ.
          Attorney for Defendant
          MARK CAIRES

DATED: Honolulu, Hawaii; April 13, 2006.

APPROVED AND SO ORDERED:

         /s/ Susan Oki Mollway
         Susan Oki Mollway
         United States District Judge


United States v. Mark Caires
Cr. No. 05-00358 SOM
"Stipulation for Continuance of Trial Date and Excluding Time Under the Speedy Trial Act; Order"