# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII  

4/24/2006  4:30 pm  

SUE BEITIA, CLERK

CASE NUMBER:    CR NO. 05-00358SOM

CASE NAME:      USA vs. MARK CAIRES

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     4/24/2006                    TIME:

COURT ACTION:  EO: Jury Selection/Trial set for 9:00 4/25/06, SOM is continued to 9:00 5/9/06, SOM.

Time excluded from 4/25/06 thru 5/9/06 from the requirements of the Speedy Trial Act. Atty Michael Jay Green to prepare Stipulation Continuing Trial and Order Excluding Time for Judge Susan Oki Mollway's consideration.

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR NO. 05-00358SOM

CASE NAME:   USA vs. MARK CAIRES

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:   4/24/2006                       TIME:

COURT ACTION:  EO: Jury Selection/Trial set for 9:00 4/25/06, SOM is continued to 9:00 5/9/06, SOM.

Time excluded from 4/25/06 thru 5/9/06 from the requirements of the Speedy Trial Act. Atty Michael Jay Green to prepare Stipulation Continuing Trial and Order Excluding Time for Judge Susan Oki Mollway's consideration.

Submitted by: Warren N. Nakamura, Courtroom Manager