# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00358SOM |
| CASE NAME: | USA v. Mark Caires |
| ATTYS FOR PLA: | Beverly Sameshima |
| ATTYS FOR DEFT: | Michael Green |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 5/3/2006 | TIME: | 3:30-3:55:04pm |

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, in custody

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant.  Government agrees to dismiss Count 2 of the Indictment after sentencing.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 8/21/06 at 3:45 p.m. before Judge Mollway.

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager