ORIGINAL
LODGED
MAY 0 2 2006 10:50am

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 1 2006

at 9 o'clock and 45 min A.M.
SUE BEITIA, CLERK

MICHAEL JAY GREEN   4451
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336
Facsimile :   (808) 566-0347

Attorney for Defendant
MARK CAIRES

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO.  05-00358 SOM |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE TRIAL |
|  | ) DATE AND EXCLUDING TIME UNDER |
| vs. | ) THE SPEEDY TRIAL ACT; ORDER |
|  | ) |
| MARK CAIRES | ) DATE PREVIOUSLY SET |
|  | ) TRIAL:    APRIL 25, 2006 |
| Defendant. | ) TIME:     9:00 A.M. |
|  | ) JUDGE:    THE HONORABLE |
|  | )           SUSAN OKI MOLLWAY |
|  | ) |
|  | ) NEW DATE |
|  | ) TRIAL:    MAY 9, 2006 |
|  | ) TIME:     9:00 A.M. |
|  | ) JUDGE:    THE HONORABLE |
|  | )           SUSAN OKI MOLLWAY |

### STIPULATION TO CONTINUE TRIAL

The Defendant MARK CAIRES and the United States of America by and through their respective attorneys, hereby agree and stipulate and ask the Court to continue the trial in this case currently scheduled for April 25, 2006 to May 9, 2006, before the Honorable Susan Oki Mollway.

The request is made by the Defendant, Mark Caries, and unopposed by the Government in order to give the Defendant time to adequately prepare for trial given the discovery in this case.

The Court finds that the earliest possible date for a trial to ensure continuity of counsel is May 9, 2006. The parties agree and the Court finds that the ends of justice are best served by granting a continuance in this matter and that the ends of justice served by the continuance outweigh the interest of the defendant and the public in a speedy trial.

Accordingly, it is hereby agreed and stipulated and the Court finds that the trial is continued from April 25, 2006 to May 9, 2006 before the Honorable Susan Oki Mollway. The parties further agree and the Court finds that the period of time from April 25, 2006 to and including May 9, 2006 constitute a period of excludable delay pursuant to 18 U.S.C. §§ 3161 (h) (8) (A) and (h) (8) (B) (iv).

DATED: Honolulu, Hawaii, _____May 1_____, 2006.

_____
MICHAEL JAY GREEN
Attorney for Defendant
MARK CAIRES

_____
BEVERLY WEE SAMESHIMA
United States Attorney

APPROVED AND SO ORDERED:


_____
JUDGE OF THE ABOVE ENTITLED COURT

UNITED STATES OF AMERICA V. MARK CAIRES, 05-00358 SOM IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII. STIPULATION TO CONTINUE TRIAL.