MICHAEL JAY GREEN, ESQ.  4451
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

Attorney for Defendant
MARK CAIRES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00358 SOM |
|---|---|---|
| Plaintiff | ) ) ) | DEFENDANT CAIRES' SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| v. | ) ) | |
| MARK CAIRES, | ) ) | Sentencing Date: September 11, 2006 Time: 3:45 p.m. Judge: Honorable Susan Oki Mollway |
| Defendant. | ) ) | |

## DEFENDANT CAIRES' SENTENCING STATEMENT

Defendant Caires, by undersigned counsel, hereby objects to paragraph 35 of the Draft Pre-Sentence Report (Draft PSR), which does not provide for a downward adjustment for his minor role in the offense. Defendant Caires respectfully submits that he qualifies for a 3-level decrease in his offense level under United States Sentencing Guidelines (USSG) 2D1.1(a)(3) and a 2-level decrease in his offense level under USSG 3B1.2(b), on the ground that he was a minor participant in the drug conspiracy at issue herein.

USSG 3B1.2(b) applies to a defendant, like defendant Caires, who is less culpable than most other participants in the conduct of a group. USSG 3B1.2(b), Application Note 5. In order to determine whether a defendant should be entitled to a downward adjustment as a minor participant, the relevant comparison is between the defendant's conduct and that of his co-participants. United States v. Benitez, 34 F.3d 1489, 1498 (9th Cir. 1994), cert. denied, 513 U.S. 1197 (1995). The defendant's role is to be evaluated relative to the broader conspiracy in which the defendant was a part. United States v. Rojas-Millan, 234 F.3d 464, 472 (9th Cir. 2000).

The narcotics at issue in this case were sent from California to the Island of Hawaii (Draft PSR, p.4-5, pars. 12-13). Defendant Caires was not involved in any way in procuring the drugs or arranging for transport (see Draft PSR, p.5-6, pars.13-20, Memorandum of Plea Agreement, p.6, par.8.f). Likewise, defendant Caires had no control over the quality or quantity of the drugs, or payment arrangements. He functioned as a mere courier (see Memorandum of Plea Agreement, p.6, par.8.f.).

The participants in the activity at issue herein who are more culpable than the defendant include the defendant's mother, who was the intended recipient of the drugs, and her California suppliers (Draft PSR, p.6-7, pars.20-21). Defendant

Caires is substantially less culpable than these co-participants.

Based on the foregoing, defendant Caires respectfully submits that he qualifies for a downward adjustment for his minor role in the offense.

DATED: August 7, 2006, at Honolulu, Hawaii.

Respectfully submitted,

_____
MICHAEL JAY GREEN

Attorney for Defendant
MARK CAIRES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be duly served upon the following:

BEVERLY SAMESHIMA, ESQ.
U.S. Attorney's Office
PJKK Federal Building
300 Ala Moana Blvd., Suite 6-100
Honolulu, HI 96850

JOHN DAVIS
U.S. Probation Officer
U.S. Courthouse
Honolulu, Hawaii

DATE:   August 7, 2006, Honolulu, Hawaii.

_____
LYNN E. PANAGAKOS