ORIGINAL

MICHAEL JAY GREEN   4451
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336
Facsimile :   (808) 566-0347

Attorney for Defendant
MARK CAIRES

LODGED
AUG 15 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 16 2006
at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>MARK CAIRES<br><br>        Defendant. | CR. NO.  05-00358 SOM<br><br>STIPULATION TO CONTINUE<br>SENTENCING DATE; ORDER<br><br><u>DATE PREVIOUSLY SET</u><br>        August 21, 2006<br>TIME:   3:45 P.M.<br>JUDGE:  THE HONORABLE<br>        SUSAN OKI MOLLWAY<br><br><u>NEW DATE</u><br>        September 11, 2006<br>TIME:   3:45 A.M.<br>JUDGE:  THE HONORABLE<br>        SUSAN OKI MOLLWAY |

### STIPULATION TO CONTINUE SENTENCING

It is hereby stipulated by and between the parties, the United States of America, by and through Assistant United States Attorney Beverly Wee Sameshima, and Defendant Mark Caires, by and through his counsel, Michael Jay Green, that the Defendant's current sentencing date of August 21, 2006 at 3:45 p.m. is hereby continued to September 11, 2006 @ 3:45 p.m., before the Honorable

Susan Oki Mollway.

DATED: Honolulu, Hawaii, _____Aug. 14_____, 2006.

_____
MICHAEL JAY GREEN
Attorney for Defendant
MARK CAIRES

_____
BEVERLY WEE SAMESHIMA
United States Attorney

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT

UNITED STATES OF AMERICA V. MARK CAIRES, 05-00358 SOM IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII. STIPULATION TO CONTINUE SENTENCING.