ORIGINAL

MICHAEL JAY GREEN    4451
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile : (808) 566-0347

Attorney for Defendant
MARK CAIRES

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00358 SOM |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING DATE; ORDER |
| vs. | ) |
| | ) DATE PREVIOUSLY SET |
| MARK CAIRES | )     September 11, 2006 |
| | ) TIME:    3:45 P.M. |
| Defendant. | ) JUDGE:   THE HONORABLE |
| | )          SUSAN OKI MOLLWAY |
| | ) |
| | ) NEW DATE |
| | )     September 29, 2006 |
| | ) TIME:    9:00 A.M. |
| | ) JUDGE:   THE HONORABLE |
| | )          SUSAN OKI MOLLWAY |

**STIPULATION TO CONTINUE SENTENCING**

It is hereby stipulated by and between the parties, the United States of America, by and through Assistant United States Attorney Beverly Wee Sameshima, and Defendant Mark Caires, by and through his counsel, Michael Jay Green, that the Defendant's current sentencing date of September 11, 2006 at 3:45 p.m. is hereby continued to September 29, 2006 @ 9:00 a.m., before the

Honorable Susan Oki Mollway.

DATED: Honolulu, Hawaii, _____Sept. 27_____, 2006.

_____
MICHAEL JAY GREEN
Attorney for Defendant
MARK CAIRES

_____
BEVERLY WEE SAMESHIMA
United States Attorney

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT

UNITED STATES OF AMERICA V. MARK CAIRES, 05-00358 SOM IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII. STIPULATION TO CONTINUE SENTENCING.